William D. Hyslop
United States Attorney
Eastern District of Washington
George J.C. Jacobs III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-145-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 3146(a)(1), (b)(1)(A)(i), 18 U.S.C. § 3147 |
| WIILIAM OLDHAM MIZE, IV, | Failure To Appear |
| Defendant. | |

The Grand Jury charges:

On or about August 29, 2019, in the Eastern District of Washington, the Defendant, WILLIAM OLDHAM MIZE, IV, having been charged with Mail Fraud, in violation of 18 U.S.C. § 1341; Wire Fraud, in violation of 18 U.S.C. § 1343; and Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 1341, 1343 and 1349, felony crimes each punishable by imprisonment for a term of twenty years, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable Thomas O. Rice at the United States District Court in Spokane, Washington at 11:00 a.m. on August 29, 2019, for a

INDICTMENT – 1

pretrial conference in Case No. 18-CR-00232-TOR-1, entitled *United States v. William Oldham Mize, IV*, did knowingly and willfully fail to appear as required, all in violation of 18 U.S.C. §§ 3146(a)(1), (b)(1)(A)(i).

### SENTENCING ENHANCEMENT

While the Defendant, WILLIAM OLDHAM MIZE, IV, was on pretrial release pursuant to an order dated January 10, 2019, from United States Magistrate Judge John T. Rodgers in Case No. 18-CR-00232-TOR-1, which order and Advice of Penalties and Sanctions dated January 9, 2019, notified the Defendant of the potential effect of committing an offense while on pretrial release, the Defendant committed the offense charged in this Indictment, in violation of 18 U.S.C. § 3147.

DATED this 21 day of October, 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
George J.C. Jacobs III
Assistant United States Attorney

INDICTMENT – 2